# COVINGTON COUNTY SHERIFF'S DEPARTMENT
290 HILLCREST DR
ANDALUSIA, AL 36420

# Civil Process
## Return of Service

| | |
|---|---|
| Case No | **2:07CV494-WKW** |
| Court | **UNITED STATES DISTRICT** |
| Judge | **UNKOWN** |
| Case Title | **LESLIE CORBELL v. CITY OF ANDALUSIA ET AL. DEFENDANTS** |
| Plaintiff | **LESLIE CORBELL** |
| Defendant | **CITY OF ANDALUSIA ET AL DEFENDANTS** |
| Document Type | **SUMM - SUMMONS** |
| Document # | **2:07CV494-WKW** |
| Date Issued | **06/05/2007** |
| Date Received | **06/07/2007** |
| Date Expires | |

## SUBJECT INFORMATION

Name **MIKE, BOLIN**        Involvement **Defendant**        DOB

Address **102 OPP AV, ANDALSUIA, AL 36420**

Addr Comments

## SERVICE DECLARATION

☐ Vacant    ☐ Expired    ☐ Date/Time Served _____    Service Type _____
☐ Unable to locate    ☐ Moved to _____    ☐ Posted, Mailed on (date) _____

I HEREBY CERTIFY, subject to penalty of perjury, that I served the same by delivering a true and correct copy thereof duly certified and the same endorsements thereon, the following manner. By delivering on the __7__ day of __JUNE__, 200_7_, at __Pm__ o'clock __M, to the following: __MIKE BOLIN__, at (addr) _____, (city) __ANDALUSIA__, in the county of __COVINGTON__ state of __AL__. OR By leaving on the ____ day of _____, 20__, at ____ o'clock __M, with (person served) _____ for the following: _____, at (addr) _____, (city) _____, in the county of _____, state of _____. This being the dwelling place or usual place of abode of such defendant/witness with a person of suitable age and discretion then residing therein.

Served By __E Byrum PS__

## SERVICE ATTEMPTS

| | Date / Time | Location | PIN | Comments |
|---|---|---|---|---|
| 1st | 6-7-07 | Pm | | |
| 2nd | | | | |
| 3rd | | | | |
| 4th | | | | |
| 5th | | | | |

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Leslie Corbell, plaintiff

V.

City of Andalusia, et al., defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv494-WKW

TO: (Name and address of Defendant)

Mike Bolin
c/o City of Andalusia Police Department
102 Opp Avenue
Andalusia, Alabama 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen G. Woodard
WOODARD, PATEL & SLEDGE
1213 East Three Notch
Andalusia, Alabama 36420

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      6/15/2007
CLERK                                                            DATE

*Ben Johnson*
(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                       Date                                Signature of Server

                                                      _____
                                                      Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.