IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE CORBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-494-WKW |
| | ) |
| CITY OF ANDALUSIA, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW The City of Andalusia, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This party is a governmental entity.**

/s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendants
The City of Andalusia, Alabama

1

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on June 27, 2007, I electronically served a copy of this document upon:

    Allen G. Woodard
    WOODARD, PATEL & SLEDGE
    1213 East Three Notch Street
    Andalusia, Alabama 36467

                                      **/s/ James H. Pike**
                                      James H. Pike