IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE CORBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-494-WKW |
| | ) |
| CITY OF ANDALUSIA, et al., | ) |
| | ) |
| Defendants. | ) |

### JOINT RULE 26(f) REPORT

I. The defendants expect to file a motion for summary judgment based upon immunity very soon and contend that discovery should not proceed until the threshold immunity question has been resolved. See Crawford-El v. Britton, 523 U.S. 574, 598-600 (1998) ("if the defendant does plead the immunity defense, the district court should resolve that threshold question before permitting discovery.")

II. Without waiving the defendants' position that discovery should be postponed pending a determination of the immunity question, the parties have agreed upon a potential discovery plan.

III. Pre-Discovery Disclosures. The parties will exchange by August 17, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

IV. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects:

        1. The facts and circumstances surrounding the events made the basis of this lawsuit;

1

        2.     Expert witness opinions; and

        3.     The damages claimed by the plaintiff.

B.     All discovery should be commenced in time to be completed by September 26, 2008.

C.     A maximum of forty interrogatories should be allowed by each party to any other party.

D.     A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

E.     A maximum of forty requests for admission should be allowed by each party to any other party.

F.     A maximum of ten depositions by plaintiff and ten by defendant should be allowed.

G.     Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

H.     Reports from retained experts under Rule 26(a)(2) should be due:

        1.     From the plaintiff by November 2, 2007; and

        2.     From the defendant by December 14, 2007.

I.     Supplementations under Rule 26(e) should be due August 1, 2008.

V.     Other Items.

    A.     The parties do not request a conference with the Court before entry of the scheduling order.

    B.     The parties request a pretrial conference on September 15, 2008.

    C.     The plaintiff should be allowed until September 7, 2007, to join additional parties and to amend the pleadings.

    D.    The defendant should be allowed until October 5, 2007, to join additional parties and to amend the pleadings.

    E.    All potentially dispositive motions should be filed by July 18, 2008.

    F.    Settlement cannot be evaluated prior to July 18, 2008.

    G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by September 5, 2008.

    H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendant by September 5, 2008.

    I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.    The case should be ready for trial by October 20, 2008, and at this time, is expected to take approximately three days.

Dated: July 17, 2007.

                                      **s/ Allen G. Woodard**
                                      Allen G. Woodard  (WOO047)
                                      Attorney for Plaintiff
                                      Leslie Corbell

OF COUNSEL:

WOODARD, PATEL & SLEDGE
1213 East Three Notch Street
Andalusia, Alabama 36420
Tel. (334) 222-9115
Fax (334) 222-9448
E-mail: awoodard@alaweb.com

                                      **s/ James H. Pike**
                                      James H. Pike  (PIK003)
Attorney for Defendants
The City of Andalusia, Alabama, Grady
Barnes and Mike Bolin

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

4