IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE CORBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:07-cv-494-WKW |
| | ) |
| CITY OF ANDALUSIA, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Leslie Corbell and defendants the City of Andalusia, Alabama, Grady Barnes, and Mike Bowlan stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Dated: August 6, 2007.

                                         **s/ Allen G. Woodard**
                                         Allen G. Woodard  (WOO047)
                                         Attorney for Plaintiff
                                         Leslie Corbell

OF COUNSEL:

WOODARD, PATEL & SLEDGE
1213 East Three Notch Street
Andalusia, Alabama 36420
Tel. (334) 222-9115
Fax (334) 222-9448
E-mail: awoodard@alaweb.com

1

                                    **s/ James H. Pike**
                                    James H. Pike  (PIK003)
                                    Attorney for Defendants
                                    City of Andalusia, Alabama, Grady Barnes, and Mike Bowlan

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us